**6**

Penny CREATON, et al.,
Plaintiffs-Appellants,

v.

Otis BOWEN, et al.,
Defendants-Appellees.

Patricia VAN BERG, et al.,
Plaintiffs-Appellants,

v.

A.N. SHINPOCH, et al.,
Defendants-Appellees.

Nos. 86–6148, 86–3870.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted April 7, 1987.

Decided Aug. 26, 1987.

Mark Greenberg, Los Angeles, Cal., and Robin Zukoski, Seattle, Wash., for plaintiffs-appellants.

George Wu, Los Angeles, Cal., and P.K. Abraham, Seattle, Wash., for defendants-appellees.

Before BROWNING, Chief Judge, WRIGHT and HALL, Circuit Judges.

**ORDER**

We affirm for the reasons stated in *Gorrie v. Bowen,* 809 F.2d 508 (8th Cir.1987), and *Oliver v. Ledbetter,* 821 F.2d 1507 (11th Cir.1987). *See also Bowen v. Gilliard,* — U.S. ——, —— n. 5, 107 S.Ct. 3008, 3013 n. 5, 97 L.Ed.2d 485 (1987) (citing *Gorrie* with approval).

AFFIRMED.